STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7110
    FAX: (415) 436-7234
    galen.phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:22-CR-00053-EJD |
| Plaintiff, | UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| RAYMOND CABALLERO-ARAUJO, ET AL. | |
| Defendants. | |

The United States of America, by and through Stephanie M. Hinds, United States Attorney for the Northern District of California, and Galen A. Phillips, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The superseding information filed on May 10, 2022, as docket entry 37 and charging Defendant Raymond Caballero-Araujo (the "information") seeks forfeiture of property pursuant to Title 21, United States Code, Section 853(a). The United States hereby provides further notice that, pursuant to the information's forfeiture allegations, the United States seeks forfeiture of at least the following property:

- $90,732.00 in United States Currency seized on or about January 19, 2022, from 1150 Tallahassee Drive, San Jose, CA 95122;

- $5,100.00 in United States Currency seized on or about January 19, 2022, from 1150 Tallahassee

Drive, San Jose, CA 95122; and

- $36,116.00 in United States Currency seized on or about January 19, 2022, from 1150 Tallahassee Drive, San Jose, CA 95122.

DATED: June 30, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/S/_____
GALEN A. PHILLIPS
Assistant United States Attorney